James D. Gardner (8798)
M. Lane Molen (11724)
SNELL & WILMER L.L.P.
15 W. South Temple, Ste. 1200
Salt Lake City, UT  84101
Telephone:  (801) 257-1900
Facsimile:   (801) 257-1800
Email:  jgardner@swlaw.com
            lmolen@swlaw.com

*Attorneys for Defendants Wachovia Mortgage Corporation and Wells Fargo Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES BLACKMORE,<br><br>          Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE CORPORATION, f.k.a. WORLD SAVINGS BANK; WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1-10,<br><br>          Defendants. | **MOTION TO DISMISS**<br><br>Case No.  2:12-CV-250<br><br>Judge Dee Benson |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Wachovia Mortgage Corporation, f.k.a. World Savings Bank ("**Wachovia**") and Wells Fargo Bank, N.A. ("**Wells Fargo**" and together with Wachovia, the "**Defendants**"), through counsel, respectfully move this Court for an order dismissing with prejudice the Complaint filed by Plaintiff James Blackmore ("**Plaintiff**"), in its entirety.

14950492

Each of Plaintiff's nine causes of action fail to state a claim upon which relief can be granted, as a matter of law, for the reasons set forth in the accompanying Memorandum in Support of Motion to Dismiss.

This Motion is supported by the Memorandum in Support filed with this Motion, the pleadings on file with the Court in this action and such arguments as may be presented at hearing, if necessary.

DATED this 30th day of April, 2012.

        SNELL & WILMER L.L.P.

        /s/ James D. Gardner
        M. Lane Molen
        James D. Gardner
        *Attorneys for Defendants Wachovia Mortgage Corporation and Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2012, a true and correct copy of the foregoing was caused to be served by CM/ECF on the following:

Roger J. Sanders
Benjamin S. Ruesch
Sanders Ruesch & Reeve, PLLC
55 S 300 West, Ste 1
Hurricane, UT 84737

      /s/ James D. Gardner